Dr. Victor H. VOGEL, Medical officer In
Charge, United States Public Health Service Hospital, Lexington, Kentucky, Appellant, v. Sol NEWSTEAD, Appellee.

No. 10812.

United States Court of Appeals
Sixth Circuit.

April 8, 1949.

Claude P. Stephens and Kit C. Elswick, Lexington, Ky., for appellant.

Sol Newstead (in propria persona), Lexington, Ky., for appellee.

Before HICKS, Chief Judge, and SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This cause came on to be heard and was presented on oral argument by the United States Attorney for the appellant and by the appellee, Sol Newstead, at his own re-

quest, in propria persona; and having been duly considered upon the record, brief of the United States, and the oral argument, the judgment of the District Court from which the appeal was taken is affirmed.